**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WEI YAN AND HAIDI ZHANG

v.

ALEXANDER COLON AND JULIA COLON

PETITION OF: WEI YAN

: No. 297 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 29th day of November, 2022, the Application for Filing Supplements to Petition for Allowance of Appeal is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.